IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02665 -REB-CBS

KEBD ENTERPRISES, LLC.,
a Colorado limited liability company,

    Plaintiff,

v.

MAURICE HIDER,
an individual
HIDER ENTERPRISES, INC.,
a Georgia corporation,
HIDER CORPORATION,
a name of unknown registration or citizenship; and
HCM ENTERPRISES, INC.,
a Georgia corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiff's "[Proposed] Joint Stipulated Protective Order" (*doc. #17*) docketed by counsel as a "Proposed Motion for Protective Order" (filed 2/19/09; *doc. no. 17*) is STRICKEN for failure to comply with District of Colorado ECF Procedure V.L

Before refiling parties should note the following steps:

1)     Need to file a Motion for Protective Order;
2)     Need to attach the stipulated protective order as an *attachment* to the motion; and
3)     Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**     February 20, 2009