IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02665 -REB-CBS

KEBD ENTERPRISES, LLC.,
a Colorado limited liability company,

  Plaintiff,

v.

MAURICE HIDER,
an individual
HIDER ENTERPRISES, INC.,
a Georgia corporation,
HIDER CORPORATION,
a name of unknown registration or citizenship; and
HCM ENTERPRISES, INC.,
a Georgia corporation,

  Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

  IT IS HEREBY ORDERED that the Joint Motion for Stipulated Protective Order (*doc. no. 22*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 22-2*) is accepted by the court.

  The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**  February 27, 2009