IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02665 -REB-CBS

KEBD ENTERPRISES, LLC.,
a Colorado limited liability company,

    Plaintiff,

v.

MAURICE HIDER,
an individual
HIDER ENTERPRISES, INC.,
a Georgia corporation,
HIDER CORPORATION,
a name of unknown registration or citizenship; and
HCM ENTERPRISES, INC.,
a Georgia corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion and Memorandum for Leave to Amend Complaint (*doc. no. 33)* is **GRANTED**. Plaintiff's First Amended Complaint *(doc no. 30)* tendered to the court on March 16, 2009, is accepted for filing as of the date of this order.

    IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion for Leave to Amend Complaint *(doc. # 29)* is MOOT.

**DATED:**    March 17, 2009