**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-02665-REB-CBS

KEBD ENTERPRISES, LLC, a Colorado limited liability company,

      Plaintiff,

v.

MAURICE HIDER, an individual;
HIDER ENTERPRISES, INC, a Georgia corporation;
HIDER CORPORATION, a name of unknown registration or citizenship; and
HCM ENTERPRISES, INC., a Georgia corporation,

      Defendants.

---

**MINUTE ORDER[1]**

---

      The matter comes before the court on defendants' **Unopposed Motion To Withdraw Pending Motions** [#42] filed April 17, 2009.  The motion is **GRANTED**. Defendants' **Motion to Dismiss Pursuant to F.R.Civ.P. 12(b)(6)** [#36] filed March 26, 2009, and defendants' **Motion For Judgment on The Pleadings** [#39] filed April 2, 2009, are **WITHDRAWN**.  Any further responsive deadlines will be set forth in an order on the pending motion to dismiss [#19].

      Dated:  April 20, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.