IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-02665-REB-CBS

KEBD ENTERPRISES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MAURICE HIDER, an individual;
HIDER CORPORATION, a name of unknown registration or citizenship; and
HCM ENTERPRISES, INC., a Georgia corporation,

    Defendants.

## ORDER DISMISSING COUNT V OF PLAINTIFF'S FIRST AMENDED COMPLAINT

**Blackburn, J.**

The matter before me is the ostensibly unopposed **Request For Approval of Plaintiff's Voluntary Dismissal of Count V of The Complaint For Violation of The Colorado Consumer Protection Act** [#49] filed June 19, 2009. After careful review of the request and the file, I conclude that the request should be granted and Count V of the plaintiff's **First Amended Complaint** [#30] filed March 16, 2009, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Request For Approval of Plaintiff's Voluntary Dismissal of Count V of The Complaint For Violation of The Colorado Consumer Protection Act** [#49] filed June 19, 2009, is **GRANTED**; and

2

    2.  That Count V of the plaintiff's **First Amended Complaint** [#30] filed March 16, 2009, is **DISMISSED**.

    Dated June 22, 2009, at Denver, Colorado.

                                             BY THE COURT:

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge