**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-02665-REB-CBS

KEBD ENTERPRISES, LLC, a Colorado limited liability company,

      Plaintiff,

v.

MAURICE HIDER, an individual; and
HCM ENTERPRISES, INC., a Georgia corporation,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter before me is the **Plaintiff's Notice of Dismissal with Prejudice Upon Settlement** [#88] filed December 8, 2009.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Plaintiff's Notice of Dismissal with Prejudice Upon Settlement** [#88] filed December 8, 2009, is **APPROVED**;

      2.  That the Trial Preparation Conference set for February 26, 2010, is **VACATED**;

      3.  That the jury trial set to commence March 15, 2010, is **VACATED**;

      4.  That the **Defendants' Motion for Partial Summary Judgment** [#55] filed June 29, 2009, is **DENIED AS MOOT**; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 10, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge